IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SORCO, INC. d/b/a SORENSEN TRANSPORT,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware company, and BRESNAN COMMUNCATIONS, LLC, a Delaware company,<br><br>Defendants. | CV 18-127-M-DLC-JCL<br><br>ORDER |

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to pay its own costs.

DATED this 3rd day of December, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge